IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN MCLAUGHLIN,**<br>　　　　Plaintiffs, | **CIVIL ACTION** |
| v. | |
| **SUPERINTENDENT SCI HUNTINGDON AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>　　　　Defendant. | **NO. 18-4297** |

## O R D E R

AND NOW, this 8th day of April, 2020, upon consideration of the Petition for a Writ of Habeas Corpus, the District Attorney's Office of Philadelphia County's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and after consideration of Petitioner's Objections to Report and Recommendation of the Magistrate Judge (ECF#17), is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED** and **DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability **is DENIED.**

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**